**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR28** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DAVID L. JOHNSON, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to withdraw (Filing No. 87).

IT IS ORDERED:

1.    The Defendant's motion to withdraw (Filing No. 87) is granted; and

2.    The previously filed motions (Filing Nos. 81, 82) are withdrawn.

DATED this 30th day of December, 2011.

                              BY THE COURT:


                              s/Laurie Smith Camp
                              Chief United States District Judge