# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR28 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DAVID L. JOHNSON, JR., | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion for appointment of new counsel (Filing No. 98).

The Defendant's motion for relief under the Fair Sentencing Act of 2010 was denied in this Court and on appeal.

IT IS ORDERED:

1. The Defendant's motion for appointment of new counsel (Filing No. 98) is denied; and

2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 3rd day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge